# EXHIBIT A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY *(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Home Depot U.S.A., Inc. dba The Home Depot;
Orepac Holding Company; and
DOES 1 to 100

**YOU ARE BEING SUED BY PLAINTIFF:**

*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Michael Aaron Gibson

ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
11/26/2025 10:38 AM
By: Erin Josie , Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Santa Maria - Cook Division<br>312-C East Cook Street<br>Santa Maria, CA 93454 | CASE NUMBER: *(Número del Caso):*<br>**25CV07525** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James McKiernan, Esq., #55913
21 Santa Rosa Street, Suite 300
San Luis Obispo, CA 93405

JAMES McKIERNAN LAWYERS
(805) 541-5411

| DATE:<br>*(Fecha)* 11/26/2025 | Clerk, by<br>*(Secretario)* | /s/ Erin Josie | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

CEB | Essential Forms
ceb.com | Forms

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

GIBSON, Michael Aaron

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY     STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|
| NAME: James McKiernan, Esq., #55913 I Reshma R. Tolani, Esq., #354360<br>FIRM NAME: JAMES McKIERNAN LAWYERS<br>STREET ADDRESS: 21 Santa Rosa Street, Suite 300<br>CITY: San Luis Obispo          STATE: CA ZIP CODE: 93405<br>TELEPHONE NO.: (805) 541-5411          FAX NO.: (805) 544-8329<br>EMAIL ADDRESS: jmckiernan@mckiernanlaw.com I rtolani@mckiernanlaw.com<br>ATTORNEY FOR (name): Plaintiff, Michael Aaron Gibson | ELECTRONICALLY FILED<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>11/26/2025 10:38 AM<br>By: Erin Josie , Deputy |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF     Santa Barbara County |
|---|
| STREET ADDRESS: 312 East Cook St., Bldg. E |
| MAILING ADDRESS: 312-C East Cook Street |
| CITY AND ZIP CODE: Santa Maria, CA 93454 |
| BRANCH NAME: Cook Division |

| PLAINTIFF:   Michael Aaron Gibson |
|---|
| DEFENDANT: Home Depot U.S.A., Inc. dba The Home Depot;<br>          Orepac Holding Company; and<br>[X] DOES 1 TO 100, inclusive |

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death |
|---|
| [ ] AMENDED (Number): |

**Type** *(check all that apply):*
[ ] MOTOR VEHICLE     [X] OTHER *(specify):*     Prem Liab; Prod Liab; SL; Imp. Warr
  [ ] Property Damage     [ ] Wrongful Death
  [X] Personal Injury     [ ] Other Damages *(specify):*

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| [ ] ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)<br>  Amount demanded    [ ] does not exceed $10,000<br>                     [ ] exceeds $10,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>  [ ] from limited to unlimited<br>  [ ] from unlimited to limited | 25CV07525 |

1. **Plaintiff** *(name or names):* Michael Aaron Gibson

  alleges causes of action against **defendant** *(name or names):* Home Depot U.S.A., Inc. dba The Home Depot; Orepac Holding Company; and Does 1 to 100, inclusive.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 9

3. Each plaintiff named above is a competent adult
  a. [ ] **except** plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California.
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor    [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
      (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*

  b. [ ] **except** plaintiff *(name):*
    (1) [ ] a corporation qualified to do business in California.
    (2) [ ] an unincorporated entity *(describe):*
    (3) [ ] a public entity *(describe):*
    (4) [ ] a minor    [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
      (b) [ ] other *(specify):*
    (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2024]<br>CEB Essential ceb.com Forms | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br>GIBSON, Michael Aaron |

PLD-PI-001

| SHORT TITLE: GIBSON v. HOME DEPOT U.S.A., INC., et al. | CASE NUMBER: 25CV07525 |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ **except** defendant (name):
   Home Depot U.S.A., Inc.
   (1) ☐ a business organization, form unknown.
   (2) ☒ a corporation.
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

c. ☒ **except** defendant (name):
   The Home Depot
   (1) ☒ a business organization, form unknown.
   (2) ☐ a corporation.
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

b. ☒ **except** defendant (name):
   Orepac Holding Company
   (1) ☐ a business organization, form unknown.
   (2) ☒ a corporation.
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

d. ☐ **except** defendant (name):
   (1) ☐ a business organization, form unknown.
   (2) ☐ a corporation.
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-75          were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 76-100          are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because (specify):

---

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

CEB | Essential ceb.com | Forms

GIBSON, Michael Aaron

PLD-PI-001

| SHORT TITLE: GIBSON v. HOME DEPOT U.S.A., Inc., et al. | CASE NUMBER: 25CV07525 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☒ Premises Liability
   f. ☒ Other *(specify)* :
      Strict Liability
      Breach of Implied Warranty

11. Plaintiff has suffered *(check all that apply)*
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify)* :
      Physical disfigurement; General and Special Damages according to proof of time of trial.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages.
      (2) ☐ punitive damages.
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof.
      (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
      1-15;
      GN-1;
      Prem. L-1, L-2, L-3, L-5;
      Prod. L-1, L-2, L-3, L-4, L-5, L-6

Date: 11/18/2025

James McKiernan, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

CEB | Essential
ceb.com | Forms

GIBSON, Michael Aaron

PLD-PI-001(2)

| SHORT TITLE:                                          | CASE NUMBER: |
| GIBSON v. HOME DEPOT U.S.A., Inc., et al.            | 25CV07525    |

_____FIRST_____      **CAUSE OF ACTION- General Negligence**      Page 4_____
      (number)
ATTACHMENT TO [X] Complaint      [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Michael Aaron Gibson

      alleges that defendant *(name)*:  Home Depot U.S.A., Inc. dba The Home Depot;
                                          Orepac Holding Company; and

      [X] Does    1____  to .100_____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:  09/13/2024
at *(place)*:  Lompoc, California.

*(description of reasons for liability)* :

Defendants, and each of them individually, breached their duty of reasonable care to the Plaintiff, thereby directly and proximately causing injury and damages to the Plaintiff.

Defendants, and each of them individually, were the employee or agent of the other Defendant or Defendants, and at all times herein, were acting within the course and scope of either their employment or agency and/or were acting with knowledge, permission, consent, ratification, and/or acquiescence of the other Defendants in directly and proximately causing injury and damages to the Plaintiff.

Defendants, and each of them, individually and/or in differing degrees were either the sole, concurrent, contributing and/or substantial cause or factor in directly and proximately causing injury and damages to the Plaintiff.

On or about 09/13/2024, Plaintiff was a customer shopping in Aisle 24 at the Home Depot store #6681 in Lompoc, CA. He reached out to retrieve a wooden stick of interior door casing, which was stacked vertically in an elevated position on the shelf/rack. When he grabbed the stick, he heard a cracking sound above his head, looked up, and was stabbed in the face by a large broken off spear of wood from the stick that he grabbed. The stick snapped off approx. one-third of the way up leaving a very large sharp piece of wood to fall and stab him in the face. The impact from the wood knocked him to the ground. Plaintiff sustained injuries to his wrist, hand, back, and deep lacerations to his lip and chin.

Defendant Home Depot U.S.A., Inc., and DOES 1-75, inclusive, by and through its agents and employees, negligently, carelessly & recklessly, controlled, operated & maintained the Home Depot premises and negligently, carelessly and recklessly, stored, stacked and/or displayed the wooden sticks of interior door casing on shelving in such a manner that was unstable and unsafe.

Additionally, Plaintiff is informed and believes, and thereupon alleges that, the wooden stick of interior door casing which cracked and fell on him causing his injuries was supplied to Home Depot by Defendant, Orepac Holding Co.

As a direct and legal result of the negligent acts and omissions of Defendants, Plaintiff sustained injuries which have caused and continue to cause him great mental, physical, and emotional pain and suffering.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
**CAUSE OF ACTION- General Negligence**
Code of Civil Procedure 425.12
www.courtinfo.ca.gov
CEB | Essential Forms
ceb.com
GIBSON, Michael Aaron

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| GIBSON v. HOME DEPOT U.S.A., Inc., et al. | 25CV07525 |

___SECOND___   **CAUSE OF ACTION - Premises Liability**   Page _5_
(number)

ATTACHMENT TO ☒ Complaint    ☐ Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*: Michael Aaron Gibson
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: 9/13/2024                    plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury)*:
On or about 09/13/2024, Plaintiff was a customer at the Home Depot store #6681 in Lompoc, CA. Defendant Home Depot U.S.A., Inc., and DOES 1-75, inclusive, by and through its agents and employees, negligently, carelessly & recklessly, controlled, operated & maintained the Home Depot premises and stored, stacked and/or displayed wooden sticks of interior door casings on shelving/racks in such a manner that was unstable and unsafe, resulting in a dangerous condition on the premises. As a direct and legal result of the negligent acts and omissions of Defendants, Plaintiff sustained injuries to his wrist, hand, back, and deep lacerations to his lip and chin when a sharp piece of wood broke off from the wooden stick that he grabbed and stabbed him in the face. The wooden stick was stacked vertically in an elevated position on the shelf/rack. The impact from the wood knocked him to the ground. Plaintiff's injuries have caused and continue to cause him great mental, physical, and emotional pain and suffering.

Prem.L-2.    ☒ **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*:
Home Depot U.S.A., Inc. dba The Home Depot; and

☒ Does ___1___ to ___25___

Prem.L-3.    ☒ **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*: Home Depot U.S.A., Inc. dba The Home Depot; and

☒ Does ___26___ to _50_
Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4.    ☐ **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

☐ Does _____ to _____
a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☒ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:
Home Depot U.S.A., Inc. dba The Home Depot; and

☒ Does _51_ to _75_
b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b  ☐ as follows *(names)*:

**Page 1 of 1**

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
**CAUSE OF ACTION - Premises Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

CEB | Essential Forms
ceb.com

GIBSON, Michael Aaron

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| GIBSON v. HOME DEPOT U.S.A., Inc., et al. | 25CV07525 |

___THIRD___ **CAUSE OF ACTION- Products Liability**    Page 6___
(number)

ATTACHMENT TO ☒ Complaint   ☐ Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*:  Michael Aaron Gibson

Prod. L-1. On or about *(date)*: 09/13/2024        plaintiff was injured by the following product:

On or about 09/13/2024, Plaintiff was a customer at the Home Depot store #6681 in Lompoc, CA, when a sharp piece of wood from a wooden stick of interior door casing, supplied to Home Depot by Defendant, Orepac Holding Company; and DOES 76-100, broke off from the stick that he grabbed, and stabbed him in the face. The impact from the wood knocked him to the ground. Plaintiff sustained injuries to his wrist, hand, back, and deep lacerations to his lip and chin.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
☒ used in the manner intended by the defendants.
☒ used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
☒ purchaser of the product.                ☒ user of the product.
☐ bystander to the use of the product.          ☐ other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. ☒ **Count One-Strict liability** of the following defendants who
a. ☒ manufactured or assembled the product   *(names)*:
Orepac Holding Company; and

☒ Does ___76___ to ___80___
b. ☒ designed and manufactured component parts supplied to the manufacturer   *(names)*:
Orepac Holding Company; and

☒ Does ___81___ to ___85___
c. ☒ sold the product to the public *(names)*:
Home Depot U.S.A., Inc.; Orepac Holding Company; and

☒ Does ___86___ to ___90___
Prod. L-5. ☒ **Count Two-Negligence** of the following defendants who owed a duty to plaintiff *(names)*:
Home Depot U.S.A., Inc.; Orepac Holding Company; and

☒ Does ___91___ to ___95___
Prod. L-6. ☒ **Count Three-Breach of warranty** by the following defendants *(names)*:
Home Depot U.S.A., Inc.; Orepac Holding Company; and

☒ Does ___96___ to ___100___
a. ☒ who breached an implied warranty
b. ☐ who breached an express warranty which was
☐ written ☐ oral
Prod. L-7. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
☐ listed in Attachment-Prod. L-7 ☐ as follows:

**Page 1 of 1**

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION - Products Liability**

Code of Civil Procedure, § 425.12
*www.courtinfo.ca.gov*

CEB® | **Essential**
ceb.com | **Forms**

GIBSON, Michael Aaron

# EXHIBIT 1

# ACCIDENT SITE



